■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD PERRY, Appellant. [672 NYS2d 680] —Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered August 21, 1995, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree, and sentencing him, as a second violent felony offender, to a term of 5 to 10 years, unanimously affirmed.

Defendant's suppression motion was properly denied. We see no reason to disturb the court's credibility determinations (*see, People v Prochilo*, 41 NY2d 759, 761). Concur—Milonas, J. P., Wallach, Tom, Mazzarelli and Saxe, JJ.